*E-Filed 11/30/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTICA INC., | Case No. C05-01709 RMW (HRL) |
| Plaintiff, | |
| v. | **INTERIM ORDER ON PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY AND FOR SANCTIONS** |
| GOLD WING ENGINEERING, ERIK GUTIERREZ, JOEL GUTIERREZ and J&J PIPELINE COMPANY, | |
| Defendants. | |

Pursuant to its preliminary review of the papers submitted in support and opposition to Plaintiff's Motions to Compel Discovery and for Sanctions, the court believes that the parties have not engaged in adequate meet and confer efforts.

Accordingly, the parties' attorneys are ordered to meet and confer, preferably in person, but at a minimum by telephone, concerning plaintiff's motions. Then, each will submit a declaration describing the meet and confer efforts, detailing the issues that have been resolved, and specifically identifying the issues that remain for the court's determination. The declarations shall be filed no later than **December 13, 2005**. The hearing on plaintiff's motions is continued to **Friday, December 16, 2006** at 10:00 a.m.

IT IS SO ORDERED.

Dated: 11/30/05

      /s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE