*E-filed 12/16/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTICA INC., <br><br> Plaintiff, <br><br> v. <br><br> GOLD WING ENGINEERING, ERIK GUTIERREZ, JOEL GUTIERREZ and J&J PIPELINE COMPANY, <br><br> Defendants. | Case No. C05-01709 RMW (HRL) <br><br> **ORDER ON PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY AND FOR SANCTIONS** |

Presently before the court are plaintiff's motions to compel discovery and for sanctions. The hearing was originally scheduled for December 6, 2005. After a preliminary review of the papers submitted, the court ordered counsel for the parties to meet and confer in an effort to resolve the discovery issues, and to file declarations describing those efforts in anticipation of a new hearing date of December 16, 2005.

Counsel submitted their declarations on December 13, 2005. Both sides represent that all discovery issues presented in the motion to compel have been resolved. Accordingly, the motion to compel is moot.

Despite the resolution of the discovery issues, plaintiff continues to pursue its motion for sanctions. In his declaration, counsel for plaintiff asserts that defendants "stonewalled, thwarted a meaningful meet and confer conference, and otherwise refused to give discovery," and should therefore be required to pay plaintiff's costs associated with these motions, in the amount of $8,493. Counsel for defendants argues that sanctions are inappropriate.

Defendants did not violate a court order, and sanctions otherwise are ordinarily appropriate only when parties engage in clearly egregious behavior during the course of discovery. The facts before the court do not warrant such a conclusion. Accordingly, plaintiff's motion for sanctions is denied.

IT IS SO ORDERED.

Dated: 12/14/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Shannon N. Cogan          shannon.cogan@berliner.com, rr@berliner.com

Brian M. Englund          benglund@hgla.com, daspland@hgla.com,

Kenneth B. Grossfeld hgsac@aol.com

Marvin Petry              mpetry@stites.com, sprice@stites.com, jbucks@stites.com

* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 12/16/05

                                /s/ RNR
             Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California