1  STITES & HARBISON PLLC
   Marvin Petry, Esq.
2  **PRO HAC VICE**
   TransPotomac Plaza, Suite 900
3  1199 No. Fairfax Street
   Alexandria, VA  22314-1437
4  Telephone:   (703) 837-3902/FAX (703) 739-9577

5  **HENNELLY & GROSSFELD LLP**
   Kenneth B. Grossfeld, CSB#110641
6  Brian M. Englund, CSB#070753
7  3600 American River Drive, Suite 145
   Sacramento, California 95864-5950
8  Telephone: (916) 488-1000/FAX (916) 488-3269

9  Attorneys for Plaintiff
   ADVANTICA, INC.
10

11

12                    UNITED STATES DISTRICT

13              NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation,<br><br>                   Plaintiff,<br><br>     -vs-<br><br>GOLD WING ENGINEERING, a California corporation, ERIK GUTIERREZ, an individual, JOEL GUTIERREZ an individual, and J&J PIPELINE COMPANY, a California corporation<br><br>                   Defendants. | CASE NO.  05-01709 RMW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; AMENDED SCHEDULING ORDER** |

        Pursuant to Local Rule 6-2, the parties hereby request that the Court adopt an amended scheduling order extending by approximately 90 days the various deadlines leading up to the Claim Construction Hearing, as follows:

///

---
1
**AMENDED SCHEDULING ORDER**

| PATENT LOCAL RULES DEADLINES ||
|---|---|
| EVENT: | DEADLINE: |
| Disclosure of Asserted Claims and Preliminary Infringement Contentions and Accompanying Document Production Patent L.R. 3-1, 3-2 | April 11, 2006 |
| Disclosure of Asserted Claims and Preliminary Invalidity Contentions and Accompanying Document Production Patent L.R. 3-3, 3-4 | May 26, 2006 |
| Exchange of Proposed Terms and Claim Elements for Construction Patent L.R. 4-1 | June 9, 2006 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence Patent L.R. 4-1 | June 29, 2006 |
| Joint Claim Construction and Prehearing Statement Patent L.R. 4-3 | July 28, 2006 |
| Claim Construction Discovery Ends Patent L.R. 4-4 | August 29, 2006 |
| Claim Construction Opening Brief by Advantica Patent L.R. 4-5(a) | September 12, 2006 |
| Opposition to Claim Construction Brief by Defendants Patent L.R. 4-5(b) | September 26, 2006 |
| Reply Claim Construction Brief by Advantica Patent L.R. 4-5(c) | October 3, 2006 |
| Claim Construction Hearing Patent L.R. 4-6 | ~~Subject to the Court's Convenience~~ October 30, 2006 @ 1:30 p.m. |
| Final Infringement Contentions Patent L.R. 3-6 | (30 days after Court's Claim Construction ruling) |
| Final Invalidity Contentions Patent L.R. 306 | (50 days after Court's Claim Construction ruling) |
| Willfulness Disclosure Patent L.R. 308 | (50 days after Court's Claim Construction ruling) |

///

///

///

///

///

///

2
**AMENDED SCHEDULING ORDER**

| | | |
|---|---|---|
| 1 | Dated: January 10, 2006 | STITES & HARBISON PLLC |
| 2 | | |
| 3 | | |
| 4 | | By _/s/ Marvin Petry_ |
| 5 | | Marvin Petry |
| | | Attorneys for ADVANTICA, INC. |
| 6 | | |
| 7 | Dated: January ___, 2006 | BERLINER COHEN |
| 8 | | |
| 9 | | |
| 10 | | By_____ |
| | | Frank R. Ubhaus |
| 11 | | Shannon N. Cogan |
| 12 | | Attorneys for GOLDWING ENGINEERING, A CALIFORNIA |
| 13 | | CORPORATION, ERIK GUTIERREZ, AND INDIVIDUAL, JOEL GUTIERREZ, |
| 14 | | AN INDIVIDUAL, AND J&J PIPELINE COMPANY, A CALIFORNIA |
| 15 | | CORPORATION |
| 16 | | |
| 17 | Dated: January ___, 2006 | BY THE COURT: |
| 18 | | |
| 19 | | |
| 20 | | HONORABLE RONALD WHYTE |
| | | United States District Judge |
| 21 | | |

---

3

**AMENDED SCHEDULING ORDER**

| | | |
|---|---|---|
| 1 | Dated: January ____, 2006 | STITES & HARBISON PLLC |
| 4 | | By_____ |
| 5 | | Marvin Petry<br>Attorneys for ADVANTICA, INC. |
| 7 | Dated: January 10, 2006 | BERLINER COHEN |
| 10 | | By  *Shannon N. Cogan* |
| 11 | | Frank R. Ubhaus<br>Shannon N. Cogan<br>Attorneys for GOLDWING ENGINEERING, A CALIFORNIA CORPORATION, ERIK GUTIERREZ, AND INDIVIDUAL, JOEL GUTIERREZ, AN INDIVIDUAL, AND J&J PIPELINE COMPANY, A CALIFORNIA CORPORATION |
| 17 | Dated: January 26, 2006 | BY THE COURT: SO ORDERED. |

Claims Construction hearing to be held on October 30, 2006 @ 1:30 p.m.

/s/ Ronald M. Whyte
_____
HONORABLE RONALD WHYTE
United States District Judge

| | |
|---|---|
| Court: | USDC-NORTHERN DISTRICT |
| Case No.: | C05-01709 RMW |
| Case Title: | Advantica, Inc. v. Gold Wing Engineering, et al. |

### PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Sacramento; I am over the age of eighteen years and not a party to the within entitled action; my business address is 3600 American River Drive, Suite 145, Sacramento, California 95864-5950.

On January 10, 2006, I served the following:

**STIPULATED REQUEST FOR ORDER CHANGING TIME; AMENDED SCHEDULING ORDER**

on the parties listed below in said action by:

__X__ **(By U.S. Mail)** by placing true copies thereof enclosed in a sealed envelope with first-class postage fully prepaid, in the United States mail at Sacramento, California, addressed as follows:

____ **(Personal Service)** by personally delivering the documents listed above to the persons listed below:

____ **(By Facsimile)** by transmitting by facsimile to the number listed below before 5:00 p.m.

Shannon Cogan
Berliner Cohen
10 Almaden Blvd., 11th Floor
San Jose, CA 95113

____ **(By Overnight Delivery)** I caused a true copy of each document identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for, addressed of each addressee indicated.

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 10, 2006, Sacramento, California.

*/s/ Deborah Aspland*
DEBORAH ASPLAND

---

4
**AMENDED SCHEDULING ORDER**