| | |
|---|---|
| 1 | **STITES & HARBISON PLLC** |
| 2 | Marvin Petry, Esq. <br> **PRO HAC VICE** |
| 3 | TransPotomac Plaza, Suite 900 |
| | 1199 No. Fairfax Street |
| 4 | Alexandria, VA  22314-1437 |
| 5 | Telephone:   (703) 837-3902/FAX (703) 739-9577 |
| 6 | **HENNELLY & GROSSFELD LLP** |
| | Kenneth B. Grossfeld, CSB#110641 |
| 7 | Brian M. Englund, CSB#070753 |
| | 3600 American River Drive, Suite 145 |
| 8 | Sacramento, California 95864-5950 |
| 9 | Telephone: (916) 488-1000/FAX (916) 488-3269 |
| 10 | Attorneys for Plaintiff <br> ADVANTICA, INC. |

UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 7/11/06*

| | | |
|---|---|---|
| ADVANTICA, INC., a Delaware corporation, | ) | CASE NO.  05-01709 RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATED REQUEST FOR ORDER CHANGING TIME;** |
| -vs- | ) | **AMENDED SCHEDULING ORDER** |
| GOLD WING ENGINEERING, a California corporation, ERIK GUTIERREZ, an individual, JOEL GUTIERREZ an individual, and J&J PIPELINE COMPANY, a California corporation | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Local Rule 6-2, the parties hereby request that the Court adopt an amended scheduling order extending by approximately sixty (60) days the various deadlines leading up to the Claim Construction Hearing, as follows:

///

---

1

**AMENDED SCHEDULING ORDER**

| PATENT LOCAL RULES DEADLINES ||
|---|---|
| EVENT: | DEADLINE: |
| Disclosure of Asserted Claims and Preliminary Infringement Contentions and Accompanying Document Production<br>Patent L.R. 3-1, 3-2 | April 11, 2006 |
| Disclosure of Asserted Claims and Preliminary Invalidity Contentions and Accompanying Document Production<br>Patent L.R. 3-3, 3-4 | May 26, 2006 |
| Exchange of Proposed Terms and Claim Elements for Construction<br>Patent L.R. 4-1 | August 9, 2006 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence<br>Patent L.R. 4-1 | August 29, 2006 |
| Joint Claim Construction and Prehearing Statement<br>Patent L.R. 4-3 | September 28, 2006 |
| Claim Construction Discovery Ends<br>Patent L.R. 4-4 | October 30, 2006 |
| Claim Construction Opening Brief by Advantica<br>Patent L.R. 4-5(a) | November 13, 2006 |
| Opposition to Claim Construction Brief by Defendants<br>Patent L.R. 4-5(b) | November 27, 2006 |
| Reply Claim Construction Brief by Advantica<br>Patent L.R. 4-5(c) | December 4, 2006 |
| Claim Construction Hearing<br>Patent L.R. 4-6 | ~~Subject to the Court's Convenience~~<br>January 17, 2007 @ 2:00 p.m. |
| Final Infringement Contentions<br>Patent L.R. 3-6 | (30 days after Court's Claim Construction ruling) |
| Final Invalidity Contentions<br>Patent L.R. 306 | (50 days after Court's Claim Construction ruling) |
| Willfulness Disclosure<br>Patent L.R. 308 | (50 days after Court's Claim Construction ruling) |

///

///

| | | |
|---|---|---|
| 1 | Dated: June 7, 2006 | STITES & HARBISON PLLC |
| 2 | | |
| 3 | | |
| 4 | | By /s/ Marvin Petry |
| 5 | | Marvin Petry |
| | | Attorneys for ADVANTICA, INC. |
| 6 | | |
| 7 | Dated: June 8, 2006 | BERLINER COHEN |
| 8 | | |
| 9 | | |
| 10 | | By /s/ Frank R. Ubhaus |
| 11 | | Frank R. Ubhaus |
| | | Christine Long |
| 12 | | Attorneys for GOLDWING ENGINEERING, A CALIFORNIA CORPORATION, ERIK GUTIERREZ, AN INDIVIDUAL, JOEL GUTIERREZ, AN INDIVIDUAL, AND J&J PIPELINE COMPANY, A CALIFORNIA CORPORATION |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | July | |
| 17 | Dated: ~~June~~ 7, 2006 | BY THE COURT: |
| 18 | | |
| 19 | | |
| 20 | | /s/ Ronald M. Whyte |
| 21 | | HONORABLE RONALD WHYTE |
| | | United States District Judge |
| 22 | O:\CLIENTS\ADVANTICA, INC\GOLD WING\PLEADING\SCHEDULING ORDER-AMENDED (2).doc | |

3
**AMENDED SCHEDULING ORDER**