STITES & HARBISON PLLC
Marvin Petry, Esq.
**PRO HAC VICE**
TransPotomac Plaza, Suite 900
1199 No. Fairfax Street
Alexandria, VA  22314-1437
Telephone:   (703) 837-3902/FAX (703) 739-9577

**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#070753
3600 American River Drive, Suite 145
Sacramento, California 95864-5950
Telephone: (916) 488-1000/FAX (916) 488-3269

Attorneys for Plaintiff
ADVANTICA, INC.

E-filing
- 8/22/06 -

UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> -vs- <br><br> GOLD WING ENGINEERING, a California corporation, ERIK GUTIERREZ, an individual, JOEL GUTIERREZ an individual, and J&J PIPELINE COMPANY, a California corporation <br><br> Defendants. | CASE NO.  05-01709 RMW <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME; AMENDED SCHEDULING ORDER** |

Pursuant to Local Rule 6-2, the parties hereby request that the Court adopt an amended scheduling order extending by approximately sixty (60) days the various deadlines leading up to the Claim Construction Hearing, as follows:

///

| PATENT LOCAL RULES DEADLINES | |
|---|---|
| EVENT: | DEADLINE: |
| Disclosure of Asserted Claims and Preliminary Infringement Contentions and Accompanying Document Production<br>Patent L.R. 3-1, 3-2 | April 11, 2006 |
| Disclosure of Asserted Claims and Preliminary Invalidity Contentions and Accompanying Document Production<br>Patent L.R. 3-3, 3-4 | May 26, 2006 |
| Exchange of Proposed Terms and Claim Elements for Construction<br>Patent L.R. 4-1 | October 10, 2006 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence<br>Patent L.R. 4-1 | October 30, 2006 |
| Joint Claim Construction and Prehearing Statement<br>Patent L.R. 4-3 | November 27, 2006 |
| Claim Construction Discovery Ends<br>Patent L.R. 4-4 | December 29, 2006 |
| Claim Construction Opening Brief by Advantica<br>Patent L.R. 4-5(a) | January 12, 2007 |
| Opposition to Claim Construction Brief by Defendants<br>Patent L.R. 4-5(b) | January 26, 2007 |
| Reply Claim Construction Brief by Advantica<br>Patent L.R. 4-5(c) | February 2, 2007 |
| Claim Construction Hearing<br>Patent L.R. 4-6 | MARCh 14, 2007 @ 2:00 P.M. (36) |
| Final Infringement Contentions<br>Patent L.R. 3-6 | (30 days after Court's Claim Construction ruling) |
| Final Invalidity Contentions<br>Patent L.R. 306 | (50 days after Court's Claim Construction ruling) |
| Willfulness Disclosure<br>Patent L.R. 308 | (50 days after Court's Claim Construction ruling) |

///

///

AUG 09 2006 10:45AM   HENNELLY & GROSSFELD LLP   9164883269   P.5
AUG-09-2006 11:59   Stites & Harbison, PLLC   7037399771   P.03

| | | |
|---|---|---|
| 1 | Dated: August 9TH, 2006 | STITES & HARBISON PLLC |
| 2 | | |
| 3 | | |
| 4 | | By _/s/ Marvin Petry_____ |
| 5 | | Marvin Petry |
| | | Attorneys for ADVANTICA, INC. |
| 6 | | |
| 7 | Dated: August 9th, 2006 | BERLINER COHEN |
| 8 | | |
| 9 | | |
| 10 | | By _/s/ Christine Long_____ |
| | | Frank R. Ubhaus |
| 11 | | Christine Long |
| | | Attorneys for GOLDWING |
| 12 | | ENGINEERING, A CALIFORNIA |
| | | CORPORATION, ERIK GUTIERREZ, |
| 13 | | AND INDIVIDUAL, JOEL GUTIERREZ, |
| | | AN INDIVIDUAL, AND J&J PIPELINE |
| 14 | | COMPANY, A CALIFORNIA |
| 15 | | CORPORATION |
| 16 | | |
| 17 | Dated: August 22, 2006 | BY THE COURT: |
| 18 | | |
| 19 | | |
| 20 | | _/s/ Ronald M. Whyte_____ |
| | | HONORABLE RONALD WHYTE |
| 21 | | United States District Judge |
| 22 | | |
| 23 | O:\CLIENTS\ADVANTICA, INC\GOLD WING\PLEADING\SCHEDULING ORDER-AMENDED (3).doc | |

3
AMENDED SCHEDULING ORDER

08/10/2006 10:07 FAX 4089382577    BerlinerCohen    ☒002/002

|   |   |
|---|---|
| Court: | USDC-NORTHERN DISTRICT |
| Case No.: | C05-01709 RMW |
| Case Title: | Advantica, Inc. v. Gold Wing Engineering, et al. |

## PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Sacramento; I am over the age of eighteen years and not a party to the within entitled action; my business address is 3600 American River Drive, Suite 145, Sacramento, California 95864-5950.

On August 10, 2006, I served the following:

**STIPULATED REQUEST FOR ORDER CHANGING TIME;
AMENDED SCHEDULING ORDER**

on the parties listed below in said action by:

__X__ **(By U.S. Mail)** by placing true copies thereof enclosed in a sealed envelope with first-class postage fully prepaid, in the United States mail at Sacramento, California, addressed as follows:

___ **(Personal Service)** by personally delivering the documents listed above to the persons listed below:

___ **(By Facsimile)** by transmitting by facsimile to the number listed below before 5:00 p.m.

Shannon Cogan
Christine H. Long
Berliner Cohen
10 Almaden Blvd., 11th Floor
San Jose, CA 95113

___ **(By Overnight Delivery)** I caused a true copy of each document identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for, addressed of each addressee indicated.

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 10, 2006, Sacramento, California.

*/s/ Deborah Aspland*
DEBORAH ASPLAND