```
 1  STITES & HARBISON PLLC
    Marvin Petry, Esq.
 2  PRO HAC VICE
 3  TransPotomac Plaza, Suite 900
    1199 No. Fairfax Street
 4  Alexandria, VA  22314-1437
    Telephone:   (703) 837-3902/FAX (703) 739-9577
 5
 6  HENNELLY & GROSSFELD LLP
    Kenneth B. Grossfeld, CSB#110641
 7  Brian M. Englund, CSB#070753
    3600 American River Drive, Suite 145
 8  Sacramento, California 95864-5950
    Telephone: (916) 488-1000/FAX (916) 488-3269
 9
10  Attorneys for Plaintiff
    ADVANTICA, INC.
11
```

UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/18/06*

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation, | CASE NO. 05-01709 RMW |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME; AMENDED SCHEDULING ORDER** |
| -vs- | |
| GOLD WING ENGINEERING, a California corporation, ERIK GUTIERREZ, an individual, JOEL GUTIERREZ an individual, and J&J PIPELINE COMPANY, a California corporation | |
| Defendants. | |

Pursuant to Local Rule 6-2, the parties hereby request that the Court adopt an amended scheduling order extending by approximately sixty (60) days the various deadlines leading up to the Claim Construction Hearing, as follows:

///

| PATENT LOCAL RULES DEADLINES ||
|---|---|
| EVENT: | DEADLINE: |
| Disclosure of Asserted Claims and Preliminary Infringement Contentions and Accompanying Document Production<br>Patent L.R. 3-1, 3-2 | April 11, 2006 |
| Disclosure of Asserted Claims and Preliminary Invalidity Contentions and Accompanying Document Production<br>Patent L.R. 3-3, 3-4 | May 26, 2006 |
| Exchange of Proposed Terms and Claim Elements for Construction<br>Patent L.R. 4-1 | December 11, 2006 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence<br>Patent L.R. 4-1 | January 2, 2007 |
| Joint Claim Construction and Prehearing Statement<br>Patent L.R. 4-3 | January 30, 2007 |
| Claim Construction Discovery Ends<br>Patent L.R. 4-4 | February 28, 2007 |
| Claim Construction Opening Brief by Advantica<br>Patent L.R. 4-5(a) | March 14, 2007 |
| Opposition to Claim Construction Brief by Defendants<br>Patent L.R. 4-5(b) | March 28, 2007 |
| Reply Claim Construction Brief by Advantica<br>Patent L.R. 4-5(c) | April 4, 2007 |
| Claim Construction Hearing<br>Patent L.R. 4-6 | ~~Subject to the Court's Convenience~~<br>May 16, 2007 @ 2:00 p.m. |
| Final Infringement Contentions<br>Patent L.R. 3-6 | (30 days after Court's Claim Construction ruling) |
| Final Invalidity Contentions<br>Patent L.R. 306 | (50 days after Court's Claim Construction ruling) |
| Willfulness Disclosure<br>Patent L.R. 308 | (50 days after Court's Claim Construction ruling) |

///

///

OCT 06 2006 12:12PM    HENNELLY & GROSSFELD LLP    9164883269    P.5

| | | |
|---|---|---|
| 1 | Dated: October 6, 2006 | HENNELLY & GROSSFELD LLP |
| 2 | | |
| 3 | | |
| 4 | | By /s/ Brian M. Englund |
| 5 | | Attorneys for ADVANTICA, INC. |
| 6 | | |
| 7 | Dated: October 9, 2006 | BERLINER COHEN |
| 8 | | |
| 9 | | |
| 10 | | By /s/ Christine Long |
| 11 | | Frank R. Ubhaus<br>Christine Long |
| 12 | | Attorneys for GOLDWING ENGINEERING, A CALIFORNIA |
| 13 | | CORPORATION, ERIK GUTIERREZ, AND INDIVIDUAL, JOEL GUTIERREZ, |
| 14 | | AN INDIVIDUAL, AND J&J PIPELINE COMPANY, A CALIFORNIA |
| 15 | | CORPORATION |
| 16 | | |
| 17 | Dated: October 18, 2006 | BY THE COURT: |
| 18 | | No further continuance. |
| 19 | | |
| 20 | | /s/ Ronald M. Whyte |
| 21 | | HONORABLE RONALD WHYTE<br>United States District Judge |
| 22 | | |
| 23 | O:\CLIENTS\ADVANTICA, INC\GOLD WING\PLEADING\SCHEDULING ORDER-AMENDED (4).doc | |

3
AMENDED SCHEDULING ORDER

| | |
|---|---|
| Court: | USDC-NORTHERN DISTRICT |
| Case No.: | C05-01709 RMW |
| Case Title: | Advantica, Inc. v. Gold Wing Engineering, et al. |

### PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Sacramento; I am over the age of eighteen years and not a party to the within entitled action; my business address is 3600 American River Drive, Suite 145, Sacramento, California 95864-5950.

On October 10, 2006, I served the following:

**STIPULATED REQUEST FOR ORDER CHANGING TIME;
AMENDED SCHEDULING ORDER**

on the parties listed below in said action by:

__X__ **(By U.S. Mail)** by placing true copies thereof enclosed in a sealed envelope with first-class postage fully prepaid, in the United States mail at Sacramento, California, addressed as follows:

___ **(Personal Service)** by personally delivering the documents listed above to the persons listed below:

___ **(By Facsimile)** by transmitting by facsimile to the number listed below before 5:00 p.m.

Shannon Cogan
Christine H. Long
Berliner Cohen
10 Almaden Blvd., 11th Floor
San Jose, CA 95113

___ **(By Overnight Delivery)** I caused a true copy of each document identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for, addressed of each addressee indicated.

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 10, 2006, Sacramento, California.

*Deborah Aspland*
DEBORAH ASPLAND

---

4
**AMENDED SCHEDULING ORDER**