```
 1  HENNELLY & GROSSFELD LLP
    Kenneth B. Grossfeld, CSB#110641
 2  Brian M. Englund, CSB#070753
    11335 Gold Express Drive, Suite 145
 3  Gold River, California 95670
    Telephone: (916) 638-8600/FAX (916) 638-8770
 4
    Attorneys for Plaintiff                    *E-FILED - 1/21/09*
 5  ADVANTICA, INC.
```

UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    -vs-<br><br>GOLD WING ENGINEERING, ERIK GUTIERREZ, JOEL GUTIERREZ, SALVADOR GUTIERREZ, and JSJ PIPELINE COMPANY,<br><br>            Defendants. | CASE NO. 05-01709 RMW<br><br>**STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Judge: Ronald M. Whyte |

Pursuant to the Motion filed December 12, 2008, the Court makes the following orders:

1. <u>Discovery</u>

All fact discovery, except for expert discovery, shall be completed by December 19, 2008, except that any deposition already noticed may be taken on or before February 28, 2009.

The parties are restricted to the standard limits on discovery of 10 depositions per side and 25 interrogatories per party. Document requests are not subject to numeric limitations, but they must be narrowly tailored. Requests for admission shall be limited to 10 per party, but the Court will consider a request to increase this limit if there are problems

with authentication of documents.

Plaintiff shall provide defendant with a copy of the file history or reconstruction for the patent at issue, prior to any depositions.

2. Expert Discovery

The parties shall serve disclosures of expert witnesses by February 28, 2009.

Expert discovery shall be completed by April 10, 2009.

3. Dispositive Motions

Dispositive motions shall be heard no later than April 17, 2009, at 9:00 a.m., Courtroom 6, 4th Floor.

4. Final Pretrial Conference

The Final Pretrial Conference shall be held May 14, 2009, at 2:00 p.m., Courtroom 6, 4th Floor. Counsel shall file pretrial statements by May 8, 2009.

5. Trial Setting

The trial is set for May 26, 2009, at 1:30 p.m., Courtroom 6, 4th Floor, San Jose. Trial will be to a jury.

6. Settlement Conference

The parties shall participate in a settlement conference to be held before Magistrate Judge Howard R. Lloyd, before May 8, 2009. The parties shall schedule the settlement conference by calling the chambers of the Magistrate Judge.

7. Rescheduling Depositions

Defendants' counsel shall cooperate in rescheduling and in securing defendants' attendance at depositions previously noticed.

Dated: 1/21/09

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge