1 | **STITES & HARBISON PLLC**
Marvin Petry, Esq.
2 | **PRO HAC VICE**
TransPotomac Plaza, Suite 900
3 | 1199 No. Fairfax Street
Alexandria, VA 22314-1437
4 | Telephone: (703) 837-3902/FAX (703) 739-9577

5 | **HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
6 | Brian M. Englund, CSB#070753
11335 Gold Express Drive, Suite 145
7 | Gold River, California 95670
Telephone: (916) 638-8600/FAX (916) 638-8770

Attorneys for Plaintiff
ADVANTICA, INC.

*E-FILED - 3/5/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>GOLD WING ENGINEERING, a California corporation, ERIK GUTIERREZ, an individual, JOEL GUTIERREZ, an individual, SALVADOR GUTIERREZ, an individual, and JSJ PIPELINE COMPANY, a partnership<br><br>Defendants. | CASE NO. 05-01709 RMW<br><br>**STIPULATION AND ORDER AMENDING STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Judge: Ronald M. Whyte |

The parties stipulate as follows:

1. Plaintiff noticed the deposition of defendants for November 20, 2008 and the deposition of the Public Works, City of Berkeley, for November 21, 2008. Plaintiff's lead counsel, Marvin Petry, made arrangements to fly to Oakland, California to attend these depositions.

1526LT:6938:74541:1:ALEXANDRIA

2. On the morning of November 19, 2008, defendants' counsel, Shannon Cogan, was admitted to the hospital with a medical emergency, and the depositions referenced in Paragraph 1 were postponed.

3. Plaintiff wants to proceed with these depositions, but to do so will require and extension of the discovery cut-off and other dates set by the Status (Pretrial Scheduling) Order of September 12, 2008, as amended by the Status (Pretrial Scheduling) Order of January 21, 2009.

4. The parties have agreed that the depositions previously noticed may proceed on or about March 12 and 13, 2009.

5. The Court issued a Status (Pretrial Scheduling) Order of January 21, 2009, based on plaintiff's Motion for Enlargement of Time. However, in the meantime, counsel for the parties have conferred, and counsel for plaintiff has conferred with counsel for the City of Berkeley, a non-party witness to be deposed. The deposition dates that are available for all parties and counsel are in March 2009, which will require a one-month further continuance of the discovery cut-off and trial dates.

6. The Status (Pretrial Scheduling) Order shall be amended in the form attached hereto, subject to any adjustments to dates that the Court may make for its own convenience.

Dated: February _10_, 2009        By: _____
                                      Marvin Petry


Dated: February ____, 2009        By: _____
                                      Shannon Cogan


Pursuant to stipulation, it is so **ORDERED**.

Dated: _____    _____
                                    Honorable Ronald M. Whyte
                                    United States District Judge

2.      On the morning of November 19, 2008, defendants' counsel, Shannon Cogan, was admitted to the hospital with a medical emergency, and the depositions referenced in Paragraph 1 were postponed.

3.      Plaintiff wants to proceed with these depositions, but to do so will require and extension of the discovery cut-off and other dates set by the Status (Pretrial Scheduling) Order of September 12, 2008, as amended by the Status (Pretrial Scheduling) Order of January 21, 2009.

4.      The parties have agreed that the depositions previously noticed may proceed on or about March 12 and 13, 2009.

5.      The Court issued a Status (Pretrial Scheduling) Order of January 21, 2009, based on plaintiff's Motion for Enlargement of Time. However, in the meantime, counsel for the parties have conferred, and counsel for plaintiff has conferred with counsel for the City of Berkeley, a non-party witness to be deposed. The deposition dates that are available for all parties and counsel are in March 2009, which will require a one-month further continuance of the discovery cut-off and trial dates.

6.      The Status (Pretrial Scheduling) Order shall be amended in the form attached hereto, subject to any adjustments to dates that the Court may make for its own convenience.

Dated: February _____, 2009        By: _____
                                        Marvin Petry


Dated: February 12, 2009           By: /s/ Shannon M. Cogan
                                        Shannon Cogan


Pursuant to stipulation, it is so **ORDERED**.

Dated: 3/5/09                      /s/ Ronald M. Whyte
                                   _____
                                   Honorable Ronald M. Whyte
                                   United States District Judge

1526LT:6938:74541:1:ALEXANDRIA                    - 2 -

**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#070753
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600/FAX (916) 638-8770

Attorneys for Plaintiff
ADVANTICA, INC.

UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　-vs-<br><br>GOLD WING ENGINEERING, ERIK GUTIERREZ, JOEL GUTIERREZ, SALVADOR GUTIERREZ, and JSJ PIPELINE COMPANY,<br><br>　　　　　Defendants. | CASE NO. 05-01709 RMW<br><br>**AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Judge: Ronald M. Whyte |

　　　　Pursuant to the stipulation of the parties, the Court makes the following orders:

1. <u>Discovery</u>

　　　　All fact discovery, except for expert discovery, shall be completed by December 19, 2008, except that any deposition already noticed may be taken on or before March 31, 2009.

　　　　The parties are restricted to the standard limits on discovery of 10 depositions per side and 25 interrogatories per party. Document requests are not subject to numeric limitations, but they must be narrowly tailored. Requests for admission shall be limited to 10 per party, but the Court will consider a request to increase this limit if there are problems with authentication of documents.

1  Plaintiff shall provide defendant with a copy of the file history or reconstruction for
2  the patent at issue, prior to any depositions.

3  2.  Expert Discovery

4  The parties shall serve disclosures of expert witnesses by March 31, 2009.

5  Expert discovery shall be completed by May 8, 2009.

6  3.  Dispositive Motions

7  Dispositive motions shall be heard no later than May 15, 2009, at 9:00 a.m.,
8  Courtroom 6, 4th Floor.

9  4.  Final Pretrial Conference

10 The Final Pretrial Conference shall be held June 11, 2009, at 2:00 p.m., Courtroom
11 6, 4th Floor.  Counsel shall file pretrial statements by June 5, 2009.

12 5.  Trial Setting

13 The trial is set for June 22, 2009, at 1:30 p.m., Courtroom 6, 4th Floor, San Jose.
14 Trial will be to a jury.

15 6.  Settlement Conference

16 The parties shall participate in a settlement conference to be held before Magistrate
17 Judge Howard R. Lloyd, before June 8, 2009.  The parties shall schedule the settlement
18 conference by calling the chambers of the Magistrate Judge.

19 7.  Rescheduling Depositions

20 Defendants' counsel shall cooperate in rescheduling and in securing defendants'
21 attendance at depositions previously noticed.

23 Dated: 3/5/09

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge