1  **STITES & HARBISON PLLC**
   Marvin Petry, Esq.
2  **PRO HAC VICE**
   TransPotomac Plaza, Suite 900         E-Filed on 6/18/09
3  1199 No. Fairfax Street
   Alexandria, VA  22314-1437
4  Telephone:  (703) 837-3902/FAX (703) 739-9577

5  **HENNELLY & GROSSFELD LLP**
   Kenneth B. Grossfeld, CSB#110641
6  Brian M. Englund, CSB#070753
   3600 American River Drive, Suite 145
7  Sacramento, California  95864-5950
   Telephone:  (916) 488-1000/FAX (916) 488-3269
8
   Attorneys for Plaintiff
9  ADVANTICA, INC.

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | ADVANTICA, INC., a Delaware corporation, | CASE NO.  05-01709 RMW |
|---|---|---|
| 15 | Plaintiff, | [PROPOSED] ORDER |
| 16 | -vs- | |
| 17 | GOLD WING ENGINEERING, a California corporation, ERIK GUTIERREZ, an individual, JOEL GUTIERREZ, an individual, SALVADOR GUTIERREZ, an individual, and JSJ PIPELINE COMPANY, a partnership | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |

21
            Plaintiff's Request for Administrative Relief Under Local Rule 7-11 was filed on
22
   June 16, 2009.  For good cause shown, it is hereby ORDERED that plaintiff shall have
23
   until June 24, 2009 to file a response to defendants' further submission with respect to
24
   plaintiff's motion for summary judgment.
25
                                              *Ronald M. Whyte*
26   6/17/09
           Date                               UNITED STATES DISTRICT COURT
27
28