E-FILED on 2/3/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOLD WING ENGINEERING, a California corporation, ERIK GUTIERREZ, an individual, JOEL GUTIERREZ, an individual, and J&J PIPELINE COMPANY, a California corporation,<br><br>Defendants. | No. C-05-01709 RMW<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |

The parties informed the court on September 4, 2009 that they had encountered difficulties and were unable to finalize the settlement agreed to at the June 26, 2009 settlement conference. The court directed the parties to work out the remaining issues, failing which, plaintiff was to file a motion to enforce the settlement agreement within ten days. Significantly more than ten days have passed, with no word from the parties. Accordingly, plaintiff is ordered to show cause why this action should not be dismissed for failure to comply with the court's order. Plaintiff shall file, on or before February 16, 2010, a request for dismissal or a motion to enforce the settlement and a declaration setting forth why the court should not dismiss this action for failure to comply with the

| | |
|---|---|
| 1 | court's September 4, 2009 order. A show cause hearing will be held on February 26, 2010 at 9:00 |
| 2 | a.m. if the motion and declaration are filed. Otherwise the case will be dismissed with prejudice. |

DATED: 2/3/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Marvin Petry  mpetry@stites.com

Kenneth B. Grossfeld  kgrossfeld@hgla.com

Brian M. Englund  benglund@hgla.com

**Counsel for Defendants:**

Shannon N. Cogan  shannon.cogan@berliner.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/3/10  TER
**Chambers of Judge Whyte**