**E-FILED on** 2/24/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOLD WING ENGINEERING, a California corporation, ERIK GUTIERREZ, an individual, JOEL GUTIERREZ, an individual, and J&J PIPELINE COMPANY, a California corporation,<br><br>　　　　Defendants. | No. C-05-01709 RMW<br><br>ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE DISMISSAL |

The hearing on the order to show cause is hereby continued to March 26, 2010 at 9:00 a.m. The hearing will be vacated if a request for dismissal with prejudice or a stipulated consent judgment is filed prior to that date. In the event that a request for dismissal with prejudice or stipulated consent judgment is filed prior to March 26, 2010, the issue of attorney's fees raised by the motion to enforce the settlement agreement will be submitted for decision on the papers without oral argument.

DATED:　　　2/24/10　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER REGARDING MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SANCTIONS—C-05-01709 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Marvin Petry            mpetry@stites.com

Kenneth B. Grossfeld    kgrossfeld@hgla.com

Brian M. Englund        benglund@hgla.com


**Counsel for Defendants:**

Shannon N. Cogan        shannon.cogan@berliner.com
Frank R. Ubhaus         fru@berliner.com
Kathleen Sherman        kathy.sherman@berliner.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/24/10                                              TER
                                                                               **Chambers of Judge Whyte**